Daniel Jennings, Respondent, v. McNulty Brothers, a Corporation, Appellant, Impleaded with Another.— Order affirmed, with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James Joseph McLaughlin, Respondent, v. New York Railways Company, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of the New Street between Broome and Spring Streets, etc. Rosa Susswein and Another, Appellants.— Orders affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Carnegie Trust Company, Respondent, v. Samuel H. Kress, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louise Winterer, Respondent, v. Charles A. Baechtold, Appellant.— Judgment affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albert M. Stadler, Respondent, v. James Everard's Breweries, Appellant. —Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Cohen, as Administrator, etc., Appellant, v. John McNulty, Respondent.—Judgment affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott. JJ.

John McGowan, Appellant, v. The O'Brien Construction Company, Respondent.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Retta H. Barranger, Appellant, v. James Butler, Incorporated, Respondent.— Order affirmed, with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mariam Tashjian, as Administratrix, etc., Respondent, v. Edward A. Spengeman, Appellant.—Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that the finding of defendant's negligence, and of decedent's freedom from contributory negligence are against the evidence. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., concurred in result.)

Thomas N. Stevens, Respondent, v. Daniel W. Meredith, Appellant.— Judgment affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.